## R. COHEN v. THE STATE.

No. 4345. Decided February 28, 1917.

Final Opinion October 22, 1917.

**Sunday Law—Moving Pictures—Precedent.**

Where, upon appeal from a conviction of violating the Sunday law in exhibiting a moving picture show, the same questions were passed upon in a companion case adversely to appellant, they need not be again considered. Davidson, Presiding Judge, dissenting.

Appeal from the County Court of Tarrant. Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction of a violation of the Sunday law; penalty, a fine of twenty-five dollars.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, *Marshall Spoonts, Will Parker, S. J. Calloway,* and *Turner, Cummings & Doyle,* for the State.— Cited Spooner v. State, 182 S. W. Rep., 1121, and cases in companion case.

PRENDERGAST, JUDGE.—From a conviction of violating the Sunday law in exhibiting a moving picture show this appeal is prosecuted.

There is no different question in this case from those in No. 4344, Zucarro v. State, from Tarrant County, this day decided, in an opinion by Judge Morrow. In accordance with the statute, and of Ex parte Lingenfelter, 64 Texas Crim. Rep., 30; Ex parte Zucarro, 72 Texas Crim. Rep., 214; Lempke v. State, 76 Texas Crim. Rep., 125; McLoud v. State, 77 Texas Crim. Rep., 365, 180 S. W. Rep., 117; Spooner v. State, 79 Texas Crim. Rep., 44, 182 S. W. Rep., 1121, and said Zucarro case, this day decided, the judgment will be affirmed.

*Affirmed.*

DAVIDSON, PRESIDING JUDGE (dissenting).—This is a companion case to No. 4344, Zucarro v. State, this day decided. For the same reasons I can not concur.

[Final dissenting opinion October 22, 1917.—Reporter.]